**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TARNISHA WILLIS,

      Plaintiff,

v.                                        Case No. 6:22-cv-365-WWB-EJK

LITTLE ANGELS PEDIATRIC
EXTENDED CARE, LLC,

      Defendant.
_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 13). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 14), in which he recommends that the parties' Motion be granted.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Renewed Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 13) is **GRANTED**. The parties' Settlement Agreement (Doc. 13-1) is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on April 20, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record